UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE-73.15.228.64,<br><br>        Defendant. | Case No. 15-cv-05313-EDL<br><br>**ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO ISSUE A RULE 45 SUBPOENA**<br><br>Re: Dkt. No. 21 |

On February 22, 2016, Plaintiff filed a motion for leave to conduct a two hour deposition of the subscriber associated with the IP address named as the Defendant in this case in order to solicit information concerning the identity of the alleged infringer of Plaintiff's copyright. As stated at the February 23, 2016 case management conference, Plaintiff is ordered to file a supplemental brief of no more than five pages by March 1, 2016 suggesting means of obtaining this information, if any, that are less burdensome than the proposed two hour deposition, such as, potentially, a deposition by written questions. See Fed. R. Civ. P. 31.

**IT IS SO ORDERED.**

Dated: February 24, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge