<div style="writing-mode: vertical-rl">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC, | No. 15-cv-5313 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| ANTHONY INGLESIAS, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation (dkt. 41), and notes that fourteen days have passed and no opposition has been filed. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect. Accordingly, the Court GRANTS the motion for a default judgment.

**IT IS SO ORDERED.**

Dated: March 6, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE