IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC, | No. 15-cv-5313 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANTHONY INGLESIAS, | |
| Defendant. | |

Having issued an order adopting Magistrate Judge Laporte's Report and Recommendation, the Court ENTERS judgment in favor of Plaintiff and against Defendant in the amount of $750.

Dated: March 6, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE